**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

October 29, 2026

Via ECF
The Honorable Lewis J. Liman
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-131

Re: *United States v. Sishodia*, No. 26 Civ. 6707 (LJL)

Dear Judge Liman:

This Office represents the United States of America (the "Government"), the plaintiff in this civil action brought against defendant Ranvirsingh Jayant Sishodia ("Defendant") to recover his unpaid liabilities under the Bank Secrecy Act, 31 U.S.C. § 5311 *et seq.* I write respectfully to request a two-week adjournment of the initial pretrial conference currently scheduled for November 2, 2026.

The Government requests this extension in order to attempt to meet and confer with Defendant's putative counsel. The Government completed service of the complaint on October 7, 2026. *See* ECF No. 8. But because no notice of appearance has been entered for Defendant, the undersigned contacted Defendant by phone on October 21, at which time he claimed he had not been served but indicated that he would be represented by counsel in this matter. I emailed Defendant the same day to provide a copy of the complaint, summons, and affidavit of service, and to ask for his counsel's contact information. On October 27, Defendant provided his counsel's contact information. I email the counsel on the same day and called the Counsel on October 28 counsel to confirm that he will be representing Defendant in this action and to meet and confer regarding this case. I have not yet heard back. In light of the foregoing, the Government respectfully requests a two-week adjournment of the initial pretrial conference. This is the Government's second request for an adjournment of the initial pretrial conference. The Court granted the previous request.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Kamika S. Shaw
KAMIKA S. SHAW
Assistant United States Attorney
Tel.: (212) 637-2768
Kamika.Shaw@usdoj.gov

The initial pretrial conference is adjourned to December 4, 2026, at 10:00 a.m.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

October 30, 2026